ZACK MILLER, RESPONDENT, v. NATIONAL CHAIR CO. ET AL., APPELLANTS.

Argued May 19, 1942—Decided September 18, 1942.

For the respondent, *David Roskein.*

For the appellants, *Nathan Rabinowitz.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.